434 A.2d 716

In re ESTATE OF J. Bolton WINPENNY, II.

In re ESTATE OF Susan G. S. WINPENNY.

Appeals of Carol WINPENNY.

Supreme Court of Pennsylvania.

Argued Jan. 27, 1981.

Decided Sept. 24, 1981.

Carol Winpenny, in pro. per.

Bernard M. Berman, Media, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

Decrees affirmed.

Each party to pay own costs.